UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA BASS

                Plaintiff,                Docket No. 1:19-cv-00446-ER

- against -

KODEZERO CREATIVE LLC

                Defendant.

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

Upon the declaration of Richard Liebowitz, sworn to the 1st of May, 2020, and the exhibits annexed thereto, the declaration of Gabriella Bass, dated 1st of May, 2020, the Statement of Damages and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED,** that the above-named defendant, Kodezero Creative, LLC ("Defendant"), show cause at a hearing before this Court via teleconference (Number: 877-411-9748; Access: 302 9857), on __July 2__, __2020__ at __10:30 a.m.__, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Gabriella Bass for the following relief:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Defendant;

2. Ordering Defendant to pay $10,000.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Ordering Defendant to pay $2550.00 in attorneys' fees under the Court's inherent power and $440.00 in costs pursuant to Fed.R.Civ.P. 54(d).

4. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6. Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that service of a copy of this order and annexed affidavits and exhibits upon Defendant be made via the Office of Secretary of State for the State of New York or by U.S. mail at Defendant's last known business address on or before _May 22_, _2020_, either of which shall be deemed good and sufficient service thereof. Any opposition to entry of a default judgment is due on or before _June 19_, _2020_.

New York, NY

Dated: May 5, 2020

SO ORDERED.

_____
Edgardo Ramos (U.S.D.J.)