UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA BASS,

                Plaintiff,

     – against –

KODEZERO CREATIVE LLC,

                Defendant.

**ORDER**

19 Civ. 446 (ER)

Ramos, D.J.:

     The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

     **Any application to reopen must be filed within sixty (60) days of this Order**; any application to reopen filed thereafter may be denied solely on that basis.  Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court.

     The Clerk of Court is respectfully directed to adjourn the show-cause hearing scheduled for July 2, 2020.

It is SO ORDERED.

Dated:   June 23, 2020
             New York, New York

                                                                    EDGARDO RAMOS, U.S.D.J.